No. 92–6917.   CONRADE v. UNITED STATES; and
No. 92–7217.   PEREZ v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.   Reported below: 960 F. 2d 1569.

No. 92–6934.   ARNTZ ET AL. v. BUSH, PRESIDENT OF THE UNITED STATES, ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 92–6936.   LIVADITIS v. CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 92–6941.   DONALD v. UNITED STATES DEPARTMENT OF EDUCATION.   C. A. 11th Cir.   Certiorari denied.

No. 92–6973.   HILL v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 92–6982.   SAMUEL v. ESTELLE, WARDEN, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 92–7009.   SHERROD v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 92–7039.   NARVAIZ v. TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 92–7042.   WHITE v. TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 92–7080.   LOPEZ GONZALES v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 92–7089.   MCCULLOUGH v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 92–7127.   RAPER v. BURT, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 92–7209.   ADKINS v. OHIO.   Ct. App. Ohio, Athens County.   Certiorari denied.

No. 92–7210.   DAVIS v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir.   Certiorari denied.